# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ERIC QUALLS,**

      **Plaintiff,**

  v.                                **Civil Action 2:21-cv-4058**
                                       **Chief Judge Algenon L. Marbley**
                                       **Magistrate Judge Chelsey M. Vascura**

**THE ANTHEM COMPANIES, INC.,**

      **Defendant.**

## ORDER

The parties reported on October 25, 2021, that they have reached a settlement and move for a stay of all proceedings.  (ECF No. 5.)  For good cause shown, the parties' Motion (ECF No. 5) is **GRANTED**.  The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 1, 2021** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE