**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIC QUALLS, | ) | Case No. 2:21-cv-04058 |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| THE ANTHEM COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 15th day of November, 2021.


*/s/Trisha M. Breedlove*
Trisha M. Breedlove (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com

*Counsel for Plaintiff*


*/s/Natalie M. McLaughlin (email approval on 11/5/21)*
Natalie M. McLaughlin (0082203)
Lauren E. Sanders (0095518)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, Ohio 43216
Telephone: (614) 464-5452
Facsimile: (614) 719-5252
nmmclaughlin@vorys.com
lesanders@vorys.com

*Counsel for Defendant*